**Opinion filed August 3, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00094-CV

_____

## TERRY BENNIE, Appellant

## V.

## CITY OF BANGS, TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV1204119**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court an unopposed motion to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1. In the motion, Appellant states that the parties have settled their dispute. According to the certificate of conference, Appellee does not oppose the motion.

We grant Appellant's motion and dismiss the appeal.

August 3, 2017                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey J.